

# FELONY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED**
**SUBSTANCES ACT AND THE FEDERAL GUN CONTROL ACT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **20-00119** |
| v. | * | SECTION: **SECT. I MAG. 1** |
| KENDALL PARKER | * | VIOLATIONS: 18 U.S.C. § 922(o) |
| | | 18 U.S.C. § 924(a)(2) |
| | * | 18 U.S.C. § 924(c)(1)(B)(ii) |
| | | 21 U.S.C. § 841(a)(1) |
| | * | 21 U.S.C. § 841(b)(1)(C) |
| | | 21 U.S.C. § 841(b)(1)(D) |

\*   \*   \*

The Grand Jury charges that:

**COUNT 1**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about April 16, 2020, in the Eastern District of Louisiana, the defendant, **KENDALL PARKER**, did knowingly and intentionally possess with intent to distribute a quantity of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

X  Fee  USA
___  Process
___  Dktd
___  CtRmDep
___  Doc. No.

## COUNT 2
### (Possession of a Firearm in Furtherance of Drug Trafficking Crime)

On or about April 16, 2020, in the Eastern District of Louisiana, the defendant, **KENDALL PARKER**, did knowingly possess a machinegun, that is, a Glock 19 9mm handgun bearing serial number BCPF461 with a modified back slide plate, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, as charged in Count 1; all in violation of Title 18, United States Code, Section 924(c)(1)(B)(ii).

## COUNT 3
### (Possession of a Machinegun)

On or about April 16, 2020, in the Eastern District of Louisiana, the defendant, **KENDALL PARKER**, did knowingly possess a machinegun, that is, a Glock 19 9mm handgun bearing serial number BCPF461 with a modified back slide plate, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 3 are incorporated in this Indictment by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offenses alleged in Count 1, the defendant, **KENDALL PARKER**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained directly or indirectly as the result of said offense, and any property used or intended to be used in any manner or part to commit or to facilitate the commission of said offense, including but not limited to:

> $960.00 U.S. currency;

> Glock 19 9mm handgun, bearing serial number BCPF461, with a A.F.S brand back slide plate "Glock switch";

Magazine (empty);

Magazine with (17) 9mm Luger caliber cartridges;

Magazine with (29) 9mm Luger caliber cartridges.

3. As a result of the offenses alleged in Counts 1 through 3, the defendant, **KENDALL PARKER**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any firearm or ammunition described above.

4. If any of the above-described property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

████████████████████████
FOREPERSON

PETER G. STRASSER
UNITED STATES ATTORNEY

*[signature]*

CHARLES D. STRAUSS
Assistant United States Attorney
Bar Roll No. 36039

New Orleans, Louisiana
November 5, 2020

FORM OBD-34

No.____

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Louisiana__

__Criminal__ Division

## THE UNITED STATES OF AMERICA

vs.

**KENALL PARKER**

## INDICTMENT FOR

**VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT AND THE FEDERAL GUN CONTROL ACT**

**VIOLATIONS:** 18 U.S.C. §§ 922(o), 924(a)(2), 924(c)(1)(B)(ii)
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D)

A true bill [redacted]

_Filed in open court this _____ day of _____ A.D. 2020._

_____
Clerk

Bail, $ _____

_____
Charles D. Strauss
Assistant United States Attorney